UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| Randy Rice, et al.  Plaintiff,  v.  KCA Financial Services, Inc  Defendant. | Case No. 2:08-cv-00620-AJS  **NOTICE OF SETTLEMENT** |

Plaintiffs, by and through counsel, hereby give Notice that the parties in the above-captioned matter reached a settlement. Plaintiffs anticipate filing a Notice of Dismissal with prejudice in the near future.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.

By: */s/ Richard J. Meier*
    Richard J. Meier
    The Sears Tower
    Suite 5150
    Chicago, IL 60606
    Telephone: 1.866.339.1156
    rjm@legalhelpers.com
    *Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that, on July 2, 2008, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. The following parties were served via ordinary U.S. mail, properly addressed as follows:

KCA Financial Services, Inc
c/o Steve M. Gayheart, Registered Agent
1293 Herrington Rd
Geneva, IL 60134

*/s/ Richard J. Meier*